MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
LYNN M. HARADA, CSBN 267616
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8977
    Facsimile: (415) 744-0134
    E-Mail: Lynn.Harada@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE BLANCHARD,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 3:14-cv-03143-VC<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR AN EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended for 45 days or from December 29, 2014 until February 12, 2015. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defense counsel needs additional time to properly address the issues raised in Plaintiff's Motion for Summary Judgment due to pre-approved leave as well as a heavy workload, despite due diligence.

The parties further stipulate that the remaining dates in the Court's Scheduling Order shall be modified accordingly.

Defense counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated:  December 19, 2014  /s/ Lynn M. Harada for Mary A. Gilg*
(*as authorized via email on 12/19/14)
MARY A. GILG
Attorney for Plaintiff


Dated: December 19, 2014  MELINDA L. HAAG
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ Lynn M. Harada
LYNN M. HARADA
Special Assistant U.S. Attorney

Attorneys for Defendant


ORDER:

APPROVED AND SO ORDERED:

Dated: December 23, 2014

_____
THE HONORABLE VINCE CHHABRIA
United States District Judge